RECEIVED
JUN 21 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Abeba Zerihun
(Enter Above the Name of the Plaintiff in this Action)

vs.

City of Columbus
(Enter above the name of the Defendant in this Action)

2 21CV3760

Judge Sargus

MAGISTRATE JUDGE DEAVERS

If there are additional Defendants, please list them:

failed to provide assistance when
to much force when i
NO UNIFROM

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Abeba K. Zerihun
Name - Full Name Please - PRINT

1229 Wager st # D
Street Address

Columbus Ohio 43206
City, State and Zip Code

614-254-2063
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Columbus Department of police
   Name - Full Name Please

   120 Marconi Boulevard Col OH 43215
   Address: Street, City, State and Zip Code

2. Zone 5

3. ___

4. ___

5. ___

6. ___

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On April 27 2020 I seen the police twice in a store parking lot N20 st. and the second time on N18th st and Mt. Veron Au on May 11 2020 I called 911 in a store & CPD took more then 30 min to get there and ~~when~~ ~~~~ No Light or Sirers, I sitt next to him and I look up at him he had No ~~~~ UNIfROM, ~~~~ I told him I dont want your help EMS will help you dont have a unifrom you came to kill

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on this _21_ day of ___June___, 20_21_.

_____
Signature of Plaintiff

-4-