# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ABEBA ZERIHUN,**

    **Plaintiff,**

    v.

**CITY OF COLUMBUS,**

    **Defendant.**

Case No. 2:21-cv-3760
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 28, 2021. (ECF No. 4).   The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.   Therefore, the Court **ADOPTS** the Report and Recommendation.   For the reasons set forth in the Report and Recommendation, Plaintiff's action is dismissed in the entirety pursuant to 28 U.S.C. § 1915(e)(2)(B).   Additionally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this order would not be taken in good faith.   If plaintiff moves for leave to appeal *in forma pauperis*, the request should be denied.

    **IT IS SO ORDERED.**


**8/11/2021**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**